UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Esmeralda Carrion

v.

Civil No. 13-cv-49-JL

US Social Security Administration,
Commissioner

O R D E R

On July 12, 2013, plaintiff's motion to extend time to July 23, 2013 to file a Motion for Order Reversing was granted.  As that date has now passed and no motion has been filed, the Court will allow a brief extension, to August 5, 2013, for plaintiff to either file a Motion for Order Reversing or a Motion to Extend Time to File, or the case will be dismissed without prejudice.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date:  July 29, 2013

cc:  Judith Gola, Esq.
     Robert Rabuck, Esq.